UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO ULLOA-GUTIERREZ,<br><br>　　　　Defendant. | Case No.:  13CR4120-DMS<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION** |

　　Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

　　IT IS ORDERED that the Information in Criminal Case No. 14CR4120-DMS against defendant ALEJANDRO ULLOA-GUTIERREZ be, and hereby is, dismissed;

　　IT IS SO ORDERED.

DATED: 7-31-14

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　United States District Judge